59

United States District Court
Southern District of Texas
ENTERED
JUL 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 24 1998
Michael N. Milby, Clerk

| | | |
|---|---|---|
| JOE SUTTON | * | |
| VS | * | C.A. NO. B90 180 |
| | | (636(c)) |
| PETER GOFFE, ET AL | * | |

## ORDER SETTING CONFERENCE

The above-captioned and numbered cause of action is hereby set for a status conference on Tuesday, August 11, 1998, at 9:30 am.

DONE at Brownsville, Texas, this 24 day of July, 1998.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge
3rd Floor Courtroom
1001 E. Elizabeth
Brownsville, TX 78520