#6C

United States District Court
Southern District of Texas
ENTERED

AUG 3 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D

AUG 2 8 1998

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOE SUTTON | * |
| | * |
| VS. | *   CIVIL ACTION |
| | *   NO. B-90-180 |
| PETER GOFFE, ET AL | * |
| | (636(c)) |

## ORDER OF DISMISSAL

This is a cause of action filed, pursuant to the Texas Deceptive Trade Practices Act, on September 27, 1990. Plaintiff had invoked the diversity jurisdiction of this Court and the parties had executed a 636© consent to proceed before the undersigned magistrate judge.

This case was set to be tried on March 20, 1995, when a suggestion of bankruptcy was filed on March 16, 1995.

As of August 28, 1998, no update on the status of the bankruptcy case has been submitted to this Court.

Therefore, this Court is of the opinion that this cause of action should be dismissed.

It is so Ordered.

Done at Brownsville, Texas, this 28th day of August, 1998.

Fidencio G. Garza, Jr.
United States Magistrate Judge