```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                              BROWNSVILLE DIVISION
```

| | | |
|---|---|---|
| JOSEPH H. SUTTON | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-90-180 |
| BUCKEYE U.S.A., INC. | * | |

## O R D E R

Before this Court is an Agreed Motion to Reinstate. This cause of action has been on the Court's docket since September 27, 1990. Shortly before its scheduled trial Defendant filed for protection under the U.S. Bankruptcy laws. On August 28, 1998, the Honorable Fidencio G, Garza, Jr. entered an order of dismissal. On October 5, 1998, the Agreed Motion to Reinstate was filed.

This Court has considered the Motion to Reinstate and is of the opinion that it should be denied, at this time, with prejudice of being reurged no later than 30 days from the conclusion of the bankruptcy proceedings.

It is so Ordered.

Done at Brownsville, Texas, this 21st day of October, 1998.

_____
John Wm. Black
United States Magistrate Judge